No. 989. HASKELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Irving I. Erdheim* and *Theodore Krieger* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 992. JENKINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Sam Crossland* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1025. KIRKORIAN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Leonard J. Kerpelman* for petitioner.

No. 780, Misc. WILLIAMS *v.* HERITAGE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 799, Misc. SOUDER *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Stanley E. Rutkowski* for respondent.

No. 955, Misc. PARHAM *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Lawrence Speiser* for petitioner. *Stanley Mosk,* Attorney General of California, and *Albert W. Harris, Jr.,* Deputy Attorney General, for respondent. *Solicitor General Cox* filed a memorandum for the United States.